UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| **CADDARA D. HOGAN,** Petitioner | **CIVIL ACTION NO. 1:19-CV-1683-P** |
| **VERSUS** | **JUDGE FOOTE** |
| **JERRY GOODWIN,** Respondent | **MAGISTRATE JUDGE PEREZ-MONTES** |

## J U D G M E N T

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein (ECF No. 5), and after an independent review of the record, including the Objection filed by Petitioner (ECF No. 6), having determined that the findings and recommendation are correct under the applicable law;

IT IS ORDERED that the Petition (ECF No. 1) is hereby DENIED and DISMISSED WITH PREJUDICE as untimely.

Rule 11 of the Rules Governing Section 2254 Proceedings for the U.S. District Courts requires the district court to issue or deny a certificate of appealability when it enters a final order adverse to the applicant. The Court, after considering the record in this case and the standard set forth in 28 U.S.C. Section 2253, denies a certificate of appealability because the applicant has not made a substantial showing of the denial of a constitutional right.

THUS DONE AND SIGNED, at Shreveport, Louisiana, on this _8th___ day of __July_____, 2020.

_____
ELIZABETH E. FOOTE
UNITED STATES DISTRICT JUDGE